Avenue, Juniper Valley Road, etc., in the Borough of Queens, City of New York.— Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Estate of BEDELL D. RAYNOR, Deceased. MARGARET A. HICKS, Individually and as Executrix of ELMIRA A. RAYNOR, Deceased, and Others, Appellants; ELLEN F. STEIHLER and CHARLOTTE RAYNOR, Respondents.— Order resettled by adding thereto the following question: " 2. Did said will give to Elmira A. Raynor the right to dispose of,,by her own last will and testament, the property devised and bequeathed to her? " Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Probate of the Paper Propounded as the Last Will and Testament of ANDREW VOGELSANG, Otherwise Known as ANDREAS VOGELSANG, Deceased. CARL CEDAR and Others, Appellants; JOSEPH VOGELSANG and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

JOHN F. JENKINS, Respondent. v. JOSEPH L. MOYSE and Others, Appellants.— Motion for stay granted upon condition that appellants perfect the appeal for the January, 1930, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

KIRCH HOLDING Co., INC., Appellant, v. JACKSON HILL DEVELOPMENT CORPORATION and AVALON CONSTRUCTION CORPORATION, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LLOYD'S FIRST MORTGAGE CORPORATION, Appellant, v. HURTJAM REALTY CORPORATION and Others, Defendants, and WILBUR F. AMIES, Receiver, Respondent.— Motion for stay granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

MANHATTAN TAXI SERVICE CORPORATION, Appellant, v. CHECKER CAB MANUFACTURING CORPORATION and HUGO HOFFMAN CREDIT CORPORATION, Respondents.— Motion to resettle order granted and order resettled by striking therefrom the words " on the facts." Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THOMAS J. MURPHY, INC., Respondent, v. AMSTERDAM BUILDING COMPANY, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ALTER NOVICH, Appellant, v. ARMOUR AND COMPANY, Respondent.— Motion for reargument granted and case set down for Friday, December 13, 1929. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. BARNES, Appellant.— The motion of October 11, 1929, having been granted, motion for enlargement of time granted upon condition that appellant perfect the appeal for the January, 1930, term, and case ordered on the calendar for Monday, January 13, 1930. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEVELAND DU BOIS, Appellant.— Motion to enlarge time granted upon condition that appellant